**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

FILED
U S ........................D.N.Y.

★  MAY 20 2017  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARTHA AGUIRRE,
Individually and on behalf of a class,

                         Plaintiff,

           - against –

CONVERGENT OUTSOURCING, INC.,

                      Defendant.
-------------------------------------------------------------X

Case No.   17-cv-1712-ADS-AKT

### NOTICE OF VOLUNTARY DISMISSAL

      MARTHA AGUIRRE, by her attorneys, Shaked Law Group, P.C., and pursuant

to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-

referenced matter against CONVERGENT OUTSOURCING, INC.  No Answer has been filed in

this case.

Dated: Brooklyn, New York
          May 19, 2017

                                  SHAKED LAW GOUP, P.C.
                                  Attorneys for Plaintiff

                                By:*/s/Dan Shaked*_____
                                  Dan Shaked (DS-3331)
                                  44 Court St., Suite 1217
                                  Brooklyn, NY 11201
                                  Tel. (917) 373-9128
                                  Fax (718) 704-7555

SO ORDERED. Case closed.                        e-mail: ShakedLawGroup@Gmail.com

s/ Arthur D. Spatt

_____

Arthur D. Spatt, U.S.D.J.

                                          5/20/17
                                        _____
                                          Date